SEYFARTH SHAW LLP
Lindsay Fitch (SBN 238227)
lfitch@seyfarth.com
Michelle L. DuCharme (SBN 285572)
mducharme@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
BRANDSAFWAY SERVICES, LLC
BRAND INDUSTRIAL SERVICES, INC.
BRANDSAFWAY INDUSTRIES, LLC
SAFWAY GROUPHOLDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULLIVAN CITTADINO, an individual<br><br>Plaintiff,<br><br>v.<br><br>BRANDSAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; BRANDSAFWAY INDUSTRIES, LLC; SAFWAY GROUP HOLDING, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00322-WBS-JDP<br><br>Honorable Senior Judge William B. Shubb<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SEPTEMBER 25, 2023 SCHEDULING CONFERENCE ON AND RELATED DEADLINES**<br><br>Complaint Filed:   November 15, 2022<br>Trial Date:             None Set |

The Court has considered the parties' Joint Stipulation To Continue The Scheduling Conference (the "Stipulation"). Good cause exists to grant the Stipulation in full.

**IT IS HEREBY ORDERED AS FOLLOWS:**

**1.** The Scheduling Conference set for September 25, 2023 is hereby continued to **November 6, 2023 at 1:30 p.m.**

2. The parties' deadline to file a Joint Status Report is hereby continued from September 11, 2023 to **October 23, 2023**.

3. All related deadlines will be calculated based on the date of the new Scheduling Conference.

Dated:  September 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE