1  SEYFARTH SHAW LLP
Lindsay Fitch (SBN 238227)
2  lfitch@seyfarth.com
Michelle L. DuCharme (SBN 285572)
3  mducharme@seyfarth.com
400 Capitol Mall, Suite 2300
4  Sacramento, California 95814-4428
Telephone:     (916) 448-0159
5  Facsimile:     (916) 558-4839

6  Attorneys for Defendants
BRANDSAFWAY SERVICES, LLC
7  BRAND INDUSTRIAL SERVICES, INC.
BRANDSAFWAY INDUSTRIES, LLC
8  SAFWAY GROUPHOLDING, LLC

9

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12

13  SULLIVAN CITTADINO, an individual

14            Plaintiff,

15      v.

16  BRANDSAFWAY SERVICES, LLC;
BRAND INDUSTRIAL SERVICES, INC.;
17  BRANDSAFWAY INDUSTRIES, LLC;
SAFWAY GROUP HOLDING, LLC; and
18  DOES 1 through 20, inclusive,

19            Defendants.

20

21

22

23

24

25

26

27

28

Case No. 2:23-cv-00322-WBS-JDP

Honorable Senior Judge William B. Shubb

**ORDER GRANTING AMENDED JOINT STIPULATION TO CONTINUE THE NOVEMBER 6, 2023 SCHEDULING CONFERENCE ON AND RELATED DEADLINES**

Complaint Filed:   November 15, 2022
Trial Date:        None Set

The Court has considered the parties' Amended Joint Stipulation To Continue The Scheduling Conference (the "Stipulation").  Good cause exists to grant the Stipulation in full.

**IT IS HEREBY ORDERED AS FOLLOWS:**

**1.**     The Scheduling Conference set for November 6, 2023 is hereby continued to **December 4, 2023 at 1:30 p.m.**

2.     The parties' deadline to file a Joint Status Report is hereby continued from October 23, 2023 to **November 20, 2023.**

3.     All related deadlines will be calculated based on the date of the new Scheduling Conference.

Dated:  September 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO CONTINUE THE NOVEMBER 6, 2023 SCHEDULING CONFERENCE ON AND RELATED DEADLINES