1  SEYFARTH SHAW LLP
   Lindsay Fitch (SBN 238227)
2  lfitch@seyfarth.com
   Michelle L. DuCharme (SBN 285572)
3  mducharme@seyfarth.com
   400 Capitol Mall, Suite 2300
4  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
5  Facsimile:    (916) 558-4839

6  Attorneys for Defendants
   BRANDSAFWAY SERVICES, LLC
7  BRAND INDUSTRIAL SERVICES, INC.
   BRANDSAFWAY INDUSTRIES, LLC
8  SAFWAY GROUPHOLDING, LLC

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

| 13 | SULLIVAN CITTADINO, an individual | |
|----|-----------------------------------|---|
| 14 | Plaintiff, | Case No. 2:23-cv-00322-WBS-JDP |
| 15 | v. | Hon. Senior Judge William B. Shubb |
| 16 | BRANDSAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; | **[PROPOSED]** ORDER GRANTING STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER TO CONTINUE THE REBUTTAL EXPERT DEADLINE |
| 17 | BRANDSAFWAY INDUSTRIES, LLC; SAFWAY GROUP HOLDING, LLC; and | |
| 18 | DOES 1 through 20, inclusive, | Complaint Filed:  November 15, 2022 |
| 19 | Defendants. | Trial Date:       February 11, 2025 |

# [PROPOSED] ORDER

In light of the Parties' Stipulation And Joint Motion To Modify The Scheduling Order To Continue The Rebuttal Expert Deadline, and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and Joint Motion and ORDERS that the following:

1. The Expert Rebuttal Deadline is continued from July 15, 2024 to August 12, 2024.

IT IS SO ORDERED.

Dated: July 10, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE