SEYFARTH SHAW LLP
Lindsay Fitch (SBN 238227)
lfitch@seyfarth.com
Michelle L. DuCharme (SBN 285572)
mducharme@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendants
BRANDSAFWAY SERVICES, LLC
BRAND INDUSTRIAL SERVICES, INC.
BRANDSAFWAY INDUSTRIES, LLC
SAFWAY GROUPHOLDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULLIVAN CITTADINO, an individual<br><br>Plaintiff,<br><br>v.<br><br>BRANDSAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; BRANDSAFWAY INDUSTRIES, LLC; SAFWAY GROUP HOLDING, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00322-WBS-JDP<br><br>Hon. Senior Judge William B. Shubb<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE AUGUST 12, 2024 DISCOVERY CUTOFF FOR THE LIMITED PURPOSE OF COMPLETING THE DEPOSITION OF DEFENDANTS' PERSON MOST KNOWLEDGEABLE**<br><br>Complaint Filed:   November 15, 2022<br>Trial Date:          February 11, 2025 |

## [PROPOSED] ORDER

In light of the Parties' Stipulation And Joint Motion To Modify The Scheduling Order To Extend The August 12, 2024 Discovery Cutoff, and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and Joint Motion and ORDERS the following:

1. The August 12, 2024 Discovery Cutoff is continued to August 21, 2024 for the limited purpose of completing the deposition of Defendants' Person Most Knowledgeable.

IT IS SO ORDERED.

Dated:   August 12, 2024                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE AUGUST 12, 2024 DISCOVERY CUTOFF