UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SULLIVAN CITTADINO, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BRANDSAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; BRANDSAFWAY INDUSTRIES, LLC; SAFWAY GROUP HOLDING, LLC; and DOES 1 through 20, inclusive,<br><br>          Defendants. | No. 2:23-cv-00322 WBS JDP<br><br>ORDER |

----oo0oo----

Defendants request to file three employment-related agreements between the parties -- (1) an Equity and Related Arrangements agreement, (2) a Management Incentive Compensation Plan, and (3) a Delegation of Authority agreement -- with redactions of certain information. (See Docket No. 49.)

A party seeking to seal a judicial record must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the

1

1  public policies favoring disclosure, such as the public interest
2  in understanding the judicial process." Kamakana v. City &
3  County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).  In
4  ruling on a motion to seal, the court must balance the competing
5  interests of the public and the party seeking to keep records
6  secret.  Id. at 1179.
7         The Ninth Circuit has recognized that "business
8  information that might harm a litigant's competitive standing"
9  presents a compelling reason to seal documents.  Ctr. for Auto
10 Safety v. Chrysler Group, LLC, 809 F.3d 1092, 1097 (9th Cir.
11 2016).  Defendants have demonstrated that the limited redactions
12 contain information that, if revealed, could harm their
13 competitive standing.  This information includes certain terms
14 associated with employee stock sales and vesting, see In re High-
15 Tech Employee Antitrust Litig., No. 11-cv-02509 LHK, 2013 WL
16 163779, at *5 (N.D. Cal. Jan. 15, 2013); Pyro Spectaculars North,
17 Inc. v. Souza, No. 2:12-cv-00299 GGH (E.D. Cal. March 8, 2012),
18 and information pertaining to internal financial operations
19 including the settlement of litigation, see San Diego Comic
20 Convention v. Dan Farr Prods., No. 14-cv-1865 AJB JMA, 2017 WL
21 3732081, at *2 (S.D. Cal. Aug. 30, 2017).  Further, granting the
22 request will not impede the public's ability to understand the
23 basis for the court's decision, as the redacted information is
24 not germane to the pending motion.
25         IT IS THEREFORE ORDERED that defendants' request
26 (Docket No. 49) to redact Exhibits 6, 7, and 8 to Exhibit A of
27 the DuCharme Declaration be, and the same hereby is, GRANTED.
28 The redacted exhibits (Docket No. 49 at 76-158) are hereby deemed

1 | FILED.
2 | Dated:  November 12, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE